USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

       Plaintiff,

-against-

ANCESTRAL SUPPLEMENTS, LLC,

       Defendant.

1:22-cv-8582-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiff initiated this action by filing a complaint on October 7, 2022. [ECF No. 1]. An Affidavit of service of summons and complaint was filed on the docket on December 8, 2022. [ECF No. 5]. According to that summons, Defendant's response to the complaint was due December 19, 2022. [ECF No. 4]. When no response was timely filed, and Plaintiff failed to prosecute his case, the Court ordered Plaintiff to file a letter by January 18, 2023 showing cause why this case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. [ECF No. 6]. To date, no letter has been filed.

  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by February 23, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date:  January 23, 2023**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**